IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF MARYLAND

| | |
|---|---|
| JULIE A. PITOCCHELLI | * |
| Plaintiff, | * |
| V. | * CASE NO: JFM-00-3108 |
| SCOTT F. HOLLAND, ET. AL. | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the parties' Joint Motion to Amend the Pre-trial Scheduling Order, it is this 3rd Day of April, 2001, hereby
ORDERED that good cause is found to amend the scheduling order as follows:

| | |
|---|---|
| Rule 26(a)(1) initial disclosures | June 27, 2001 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | August 5, 2001 |
| Defendant's Rule 26(a)(2) disclosures re experts | September 6, 2001 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | September 20, 2001 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 27, 2001 |
| Discovery deadline; submission of status report | October 20, 2001 |
| Requests for admission | October 27, 2001 |
| Dispositive pretrial motions deadline | November 21, 2001 |
| Trial: Two week period beginning | March 11, 2002 |

_____
JUDGE

4/3/01