UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 17, 2001

Memo To Counsel Re: Julie A. Pitocchelli v. Scott F. Holland, et al.
Civil No. JFM-00-3108

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| February 13, 2002 | Deadline for all parties to file motions in limine and for defendants to file proposed voir dire questions and jury instructions |
| February 20, 2002 | Deadline for submission of pretrial order and for plaintiff to submit proposed substitutive or supplemental voir dire questions and jury instructions |
| February 21, 2002 4:30 p.m. | Pretrial conference |

The trial remains scheduled for the two week period beginning March 11, 2002.

I understand that you have agreed upon extensions you are granting to one another to complete discovery. Your agreement is satisfactory to me.

Finally, this will confirm that I will request Magistrate Judge Grimm to assign the case to one of the magistrate judges for the purpose of holding a settlement conference in early January 2002.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Honorable Paul W. Grimm
    Court File