IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



JULIE A. PITOCCHELLI        *
                            *
       v.                *    Civil No. JFM-00-3108
                            *
SCOTT F. HOLLAND, ET AL.    *
                         *****

ORDER

Counsel having advised the court during the telephone conference call held today, that

they have resolved their discovery disputes, it is, this 17th day of October 2001

ORDERED that plaintiff's motion to compel discovery responses is denied as moot.


J. Frederick Motz
United States District Judge